Annie Gutekunst and George Gutekunst, Respondents, v. Municipal Gas Company of the City of Albany, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on opinion in *Mowers* v. *Municipal Gas Co.* (142 App. Div. 169), decided herewith. All concurred.

Edgar Harris, Respondent, v. The Home Insurance Company, Appellant.— Judgment unanimously affirmed, with costs.

Jesse C. Hoover, Appellant, v. Lucius Woodruff, Respondent.— Order unanimously affirmed, with costs.

Lebaron M. Huntington, Appellant, v. Daniel Sheehan and Others, Respondents.— Judgment affirmed, with costs, upon the authority of *Swing* v. *Dayton* (124 App. Div. 58; 196 N. Y. 503). All concurred, except Smith, P. J., not voting.

Harvey D. Hinman, Respondent, v. Cora W. Keyes, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Peabody* v. *Cortada* (21 N. Y. Supp. 680). All concurred, except Cochrane, J., dissenting.

Elizabeth F. Hudson, as Administratrix, etc., of Joseph Hudson, Deceased, Appellant, v. The Delaware and Hudson Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Cochrane, J., dissenting.

Esther Hart, an Infant, by Martha Gokey, her Guardian ad Litem, Appellant, v. Herman Hart, Respondent.— Judgment affirmed, with costs. All concurred.

Andrew W. Henderson and Others, Respondents, v. Jessie C. Henderson and Others, Appellants, Impleaded with Andrew McGregor and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

The Johnstown Mocha Mills Company, Appellant, v. John M. Chapot and Others, Respondents.— Judgment unanimously affirmed, with costs.

Bridget Kennedy, Respondent, v. National Insurance Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $850, in which case the judgment, as so modified, and the order unanimously affirmed, without costs. All concurred.

George S. Kidder, Appellant, v. Port Henry Iron Ore Company of Lake Champlain and Lake Champlain and Moriah Railroad Company, Respondents.— Interlocutory judgment affirmed, with costs, with leave to appellant to amend his complaint upon payment of costs of demurrer and of this appeal. All concurred, except Kellogg and Cochrane, JJ., dissenting.

John Kelly, Respondent, v. Anna M. Wyatt, Appellant.— Judgment reversed as against the weight of evidence, referee discharged and new trial granted, with costs to appellant to abide event. All concurred, except Houghton, J., dissenting.

Tony King, Appellant, v. General Electric Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting, and Kellogg, J., not voting.

Oliver C. Latimer, Respondent, v. Frank H. McKinnon, as Administrator, etc.,